1  scheming mind, and he told you this on the witness
2  stand, he jumped to the conclusion, only knowing
3  that this Willie was a friend, that this man would
4  be raising, disciplining, enjoying his daughter,
5  while he wasn't.
6      And he told you he jumped to that
7  conclusion on the witness stand, under oath this
8  morning.  Again, totally wrong.  But it shows you
9  the type of person that he is, a very possessive
10  person, a very jealous person, and a very
11  calculating person.
12      Now, as we talked about before, and I
13  asked him this on the witness stand as well.  He's
14  going to traffic court the morning of the 18th, and
15  he told you under oath that he thought he was going
16  to get six months in jail.  That he was going to do
17  that 180 days, and which are 180 days that he would
18  not get to see Deborah, or Alexis.
19      And that would be 180 days that this
20  Willie, this new power in Ms. Shepherd's life,
21  totally falsified in his mind by him, and played up
22  by him, but he's got himself worked up into a
23  frenzy, and here it is midnight, 1:00, 2:00 in the
24  morning, and he knows at 9 o'clock he's got to be
25  in traffic court and that he's got to do six months

1  in jail.  He knows if he doesn't show up for
2  traffic court there will be a capias out and he's
3  going to get picked up by the police.  So he's got
4  to go.
5      So that morning is his one opportunity to
6  strike.  It's his only chance, because the next six
7  months, the way he thinks, and he told you this,
8  he's going to be locked up, and those are six
9  months that Willie's going to be with this child
10 that he is not going to get to see Deborah and by
11 the time he gets out he's totally out of the
12 picture.
13     Those are his thoughts, and that is what
14 the evidence shows.
15     Now, we know that her apartment was
16 targeted.  Now, we know that her door was
17 immediately kicked in.  And Mr. Donnett said
18 there's no pictures.  Well, I wish there would have
19 been but there aren't.  But Officer Proffitt told
20 you that that dead bolt, or that lock was laying on
21 the floor.  I don't think there is any question
22 that the door was kicked in because there was a
23 corresponding dent on the outside of the door,
24 which would knock that dead bolt inside.
25     This isn't a sneaky kind of crime where he

cuts the screen or picks a lock. This is a school night, it's a Wednesday night, Thursday morning, everybody's going to be home, everybody is going to be asleep in that apartment complex. And he knew that this type of violent act, everybody would hear, a door kicked in, screaming. But he didn't care, because he had a job to do and he almost accomplished it.

Now, why did he chose apartment 11? Mr. Donnett says it's a random attack or some kind of ex-boyfriend or boyfriend. Well, it wasn't a random attack by a crazed stabber.

He had to go up the steps. He didn't choose Ms. Tidwell, Ms. Flanagan, any other apartment in that whole complex, but he chose her apartment.

Deborah Shepherd was targeted by Reginald Allen.

Now, after her door was kicked in there was no intent to steal. There was no intent to take anything. But he quickly ran back to her bedroom.

And I think a very critical point in this trial is this, is this drawing that Mr. Donnett asked Ms. Shepherd to draw. And I'd really like

```
 1    you to take a close look at this, because this is a
 2    long hallway, there is a living room, a dining
 3    room, the kids' bedroom, the kids' bathroom,
 4    another hallway, and the bedroom.
 5            Where did he go?  Where did he go straight
 6    to?  Did he go to the living room?  Dining room?
 7    Kids' bedroom?  Debbie's bedroom?  He went straight
 8    to Debbie Shepherd's bedroom.  The farthest point
 9    away in that entire apartment.
10            It wasn't somebody that didn't know the
11    layout of that apartment.  It's somebody that had
12    been there, lived there, and knew exactly where
13    she'd be.  He didn't have to check the kids'
14    bedroom, the living room, the dining room and go
15    searching around.  He went straight back to that
16    bedroom where he knew that Debbie Shepherd would
17    be.  He never went to any other room.
18            He attacks her, he flees, and he goes out
19    the back way, because other people looked out the
20    front and he didn't go out the front.
21            If you try to say that Debbie Shepherd is
22    lying, it's so inconceivable and beyond belief,
23    that with this history between the two of them, and
24    that exact same moment somebody else would come in
25    and attack her, it's just crazy.
```

```
 1              We do not have to prove motive to you in
 2      any case, but in this case it's very, very clear
 3      that there is a motive.  And it's very, very clear
 4      that nobody else in the world has a motive to kick
 5      in her door and attack her in that rage that he
 6      did.
 7              Nobody else in the world wanted to do this
 8      to Deborah Shepherd except for him.  It wasn't one
 9      stab, or one hit on the head, it was over and over
10      and over.  It was a rage that he perpetrated
11      against her, and she's yelling, Reggie, stop.
12      Reggie, don't do this, and she's staring into his
13      eyes, seeing that knife, that's the terror that she
14      felt.
15              And then you have got Stacey Tidwell
16      saying the words that she screamed.  And you have
17      also got Kristen, who's positively identified him
18      as the attacker, positively identified him as the
19      attacker.  His alibi is completely worthless.
20              I don't think I have to go through each
21      and every discrepancy, but his father said I think
22      that he went upstairs around 1:30 or so, and took a
23      shower and went to bed.  But his mother said that
24      his father and she stayed up until around 2:15,
25      2:30, downstairs together.  It is completely
```

1    different from what the father said.

2    The brother says something different. The
3    father says nothing about the defendant going out
4    at 11:30 or so with somebody else. The brother's
5    times.

6    And Mr. Donnett talked about the brother
7    like you want to hang your hat for what he said,
8    for his alibi. That is completely absurd.

9    Now, Calvin Barrett, the Judge will tell
10    you in his instructions, I believe, that you can
11    believe or disbelieve all or part of a witness's
12    testimony.

13    I think the evidence suggests that Calvin
14    Barrett is being truthful in some of the things
15    that he told you, and untruthful in some of the
16    other things that he told you. But what he does do
17    is tell you that he had a light colored van.

18    Ms. Shepherd said when she looked out her
19    window that a light colored van, that's what she
20    saw. Again, a very critical piece of testimony,
21    his van.

22    He admitted being there. I think the
23    evidence suggests that he was there with Reggie
24    Allen when they knocked on her door. He denies it.
25    He doesn't want to implicate himself in this attack

```
 1   so he is not going to admit that, but what it does
 2   is, it totally blows out that alibi, because if you
 3   look at State's Exhibit 12, Mr. Barrett was very,
 4   very clear, that Reggie Allen came over his house
 5   later on that day, around lunch time.  I'm on the
 6   box.  I have to go hook it up now, on the
 7   telephone.
 8              This will prove what day this all happened
 9   on.  It's a shame that Alexis, the four year old,
10   had to see her dad stabbing her mom and scream out,
11   daddy, stop.
12              It's a shame that Kristen had to see what
13   she saw.  These are things they all have to live
14   with the rest of their lives.
15              And Mr. Donnett said this was a
16   tempestuous relationship.  I am not quite sure what
17   that word means, I think it means like stormy, but
18   this wasn't a stormy relationship it was a violent
19   relationship, where he'd attacked her numerous
20   times in the past.
21              I am not here to tell you why a woman or
22   man stays in an abusive relationship.  I think a
23   lot of more educated and smarter people than me
24   have tried to research that issue for a long time.
25   And I don't know why, and I don't think anybody
```

1   knows why they do. But, she did.

2   I think she told you that he's a very good
3   talker, in that he talked her out of pursuing these
4   charges. And it's interesting that he told you
5   that he was concerned, he said, when he heard about
6   this attack, for his daughter. And he cried. And
7   the other kids.

8   But he never told you that he was
9   concerned for Debbie Shepherd, did he? Did he ever
10  go to the hospital? Did he ever try to see her
11  that day? He never did. He was just upset that he
12  didn't finish the job. When his stepdaughter came
13  in the room and saw him doing it he had to leave.

14  Don't let this man talk you out of
15  convicting him just like he talked Debbie Shepherd
16  out of pursuing the prior charges. Find him
17  guilty. Thank you.

18  THE COURT: All right, ladies and
19  gentlemen. Those of you who do not wish to stay
20  you must leave at this time, the Court's about to
21  charge the jury and if you remain you will to
22  remain until the charge is completed. Okay.

23  Okay. Ladies and gentlemen, you have
24  heard the evidence and arguments of counsel. The
25  Court and jury have separate functions. You decide

1   the disputed facts and the Court provides the law
2   whereby you are to deliberate.  It is your sworn
3   duty to accept the law as I give it to you.
4   　　　　You are not permitted to apply your own
5   concept of what you believe the law should be
6   during your deliberations.
7   　　　　A criminal case begins with an indictment
8   that informs the defendant of the charges against
9   him.  You may not consider it for any purpose
10  because the defendant has plead not guilty and that
11  places at issue all the essential elements of the
12  offenses that are charged.
13  　　　　In this case the defendant is charged with
14  aggravated burglary, two counts of felonious
15  assault, an attempted aggravated murder and
16  domestic violence.
17  　　　　In order to find the defendant guilty you
18  must find the State has proved each and every
19  element of each offense beyond a reasonable doubt.
20  　　　　If you find the State has failed to prove
21  each and every element of a charge or the charges
22  beyond a reasonable doubt you must find the
23  defendant not guilty.
24  　　　　Reasonable doubt is present when, after
25  you have carefully considered and compared all the

1  evidence you cannot say you are firmly convinced of
2  the truth of the charge or the charges.
3        Reasonable doubt is based on reason and
4  common sense.  Reasonable doubt is not mere
5  possible doubt because everything in human affairs
6  or depending on moral evidence is open to some
7  possible or imaginary doubt.
8        Proof beyond a reasonable doubt is proof
9  of such a character that an ordinary person would
10 be willing to rely and act upon it in his or her
11 most important affairs.
12       If after a full and impartial
13 consideration of all the evidence you are firmly
14 convinced of the truth of the charge, the State has
15 proven that charge beyond a reasonable doubt.
16       If you are not convinced of the truth of
17 the charge, you must find the defendant not guilty
18 of that charge.
19       In order to make a determination of guilt
20 or innocence you will look to the evidence that was
21 presented in this case.  And the evidence is all
22 the testimony received from the witnesses and the
23 exhibits that were admitted.
24       Evidence may be direct or circumstantial
25 or both.  Direct evidence is the testimony given by

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been mailed this 20th day of November, 2001, through regular United States Mail with sufficient postage affixed to ensure delivery, to:

>Attorney General's Office
>1600 Carew Tower
>441 Vine St.
>Cincinnati OH 45202

Kevin M. Schad
Attorney for Petitioner