EXHIBIT A



# Ohio Department of Rehabilitation and Correction

BUREAU OF SENTENCE COMPUTATION
P.O. Box 450
Orient, Ohio 43146-0450

Bob Taft, Governor   www.drc.state.oh.us   Reginald A. Wilkinson, Director

September 17, 2003

Honorable Kevin M. Schad
SCHAD & COOK Attorney's at Law
8240 Beckett Park Drive
Indian Springs, OH 45011

RE: Inmate Number and Name: A352308 Allen, Reginald
Docket Number: B9706964 Hamilton County Common Pleas

Dear Sir,

On December 9, 1997, the above-named inmate was sentenced on the above case number to the Ohio Department of Rehabilitation and Correction by Hamilton County Common Pleas court on the following charge(s):

Aggravated Burglary 2911.11 Felony One (1) 10 years consecutive with Attempted Aggrevated Murder 2923.02/2903.01 Felony One (1) 10 years.

Mr. Allen's total sentence is Twenty years. Ninety-Eight days (98) jail time was granted in the Journal Entry on December 9, 1997. The Department of Rehabilitation and Corrections added nine (9) days (12/10/1997 to 12/18/1997) for conveyance to the institution on December 19, 1997. Mr. Allen earned thirty-six (36) days of credit for education and work programs in the institutions. His sentence is calculated as follows:

```
       20 years equals  7,300 days
          Minus jail time   107 days
     Minus earned credit    36 days
       Time to serve is  7,157 days
```

The time to serve is added to his admission date of December 19, 1997. Mr. Allen's current release date is July 23, 2017.

Sincerely yours,

*Dana Greer*

Dana Greer, New Admissions Supervisor