United States District Court
Southern District of Ohio
Western Division

REGINALD ALLEN,
    Petitioner                      No. C-1-01-810

vs.                                Dlott, J.; Novotny, MJ

ALAN LAZAROFF,
    Respondent                  **ORDER GRANTING EXTENSION**

On October 31, 2003, Respondent filed a Motion for Extension of Time to file Answer (Doc. 5). That motion is GRANTED. The time is extended through January 3, 2004.

                                             s/Susan M. Novotny
                                             Susan M. Novotny
                                             United States Magistrate Judge

J:\HABEAS\Awaiting pdf filing\01-810 extension for respondent.wpd