UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| REGINALD ALLEN, | : | |
| | : | |
| Petitioner, | : | Case No. C-1-01-810 |
| | : | |
| v. | : | Judge Dlott |
| | : | |
| ALAN LAZAROFF, WARDEN, | : | Magistrate Judge Sherman |
| | : | |
| Respondent. | : | Habeas Corpus |

:

## NOTICE OF MANUAL FILING

Please take notice that Respondent has manually filed the following documents or things:

**Exhibits to Respondent Lazaroff's Answer/Return of Writ**

These documents have not been filed electronically because the electronic file size exceeds 1.5 megabytes.

Respectfully submitted,

JIM PETRO (0022096)
Attorney General

s/J. Joseph Bodine, Jr.
J. JOSEPH BODINE, JR. (0042132)
Assistant Attorney General
Corrections Litigation Section
140 East Gay Street, 16th Floor
Columbus, Ohio 43215-6001
(614) 644-7233
(614) 728-9327 facsimile
jbodine@ag.state.oh.us

TRIAL COUNSEL FOR RESPONDENT

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Warden Lazaroff/s Answer/Return of Writ* has been forwarded to Reginald Allen, #352-308, Madison Correctional Institution, P.O. Box 740, London, Ohio 43140-0740, via the U.S. Mail, this 5th day of January, 2004.

s/Joseph Bodine
Joseph Bodine
Assistant Attorney General
