IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

In Re:  Cases Referred to
      Magistrate Judge Susan M. Novotny    Case Number:  1:01cv810

ORDER

The above case is hereby transferred from the docket of Magistrate Judge Susan M. Novotny to the docket of Magistrate Judge David S. Perelman.

IT IS SO ORDERED.

          ___s/Susan J. Dlott_____
          Susan J. Dlott
          United States District Judge