UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **REGINALD ALLEN,** | : | |
| Petitioner, | : | Case No. C-1-01-810 |
| v. | : | Judge Dlott |
| **ALAN LAZAROFF, WARDEN,** | : | Magistrate Judge Perelman |
| Respondent. | : | |

NOTICE OF SUBSTITUTION OF COUNSEL

Respondent respectfully provides notice that J. Joseph Bodine, Jr., Senior Assistant Attorney General for the State of Ohio, replaces Diane Mallory as lead counsel in this case. Consequently, all pleadings and correspondence regarding this Respondent should be directed to Mr. Bodine, effective immediately.

Respectfully submitted,

JIM PETRO (0022096)
Attorney General


s/J. Joseph Bodine, Jr.
J. JOSEPH BODINE, JR. (0042132)Senior
Assistant Attorney General
150 East Gay Street, 16th Floor
Columbus, Ohio  43215-3400
614-644-7233
614-728-9327 fax
jbodine@ag.state.oh.us

Counsel for Respondent

2

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing *Warden Lazaroff/s Answer/Return of Writ* has been forwarded to Reginald Allen, #352-308, Madison Correctional Institution, P.O. Box 740, London, Ohio 43140-0740, via the U.S. Mail, this 5th day of January, 2004.

                                                s/J. Joseph Bodine, Jr.
                                                J. JOSEPH BODINE, JR.
                                                Assistant Attorney General