# United States District Court
# Southern District of Ohio
# Western Division

Reginald Allen,
    Petitioner

No. C-1-01-810

vs.

Dlott, J.; Perelman, MJ

Alan Lazaroff, Warden,
    Respondent

**ORDER GRANTING EXTENSION**

On 3/1/04, Petitioner filed a Motion for Extension of Time to file a Reply (Doc. 13).

That motion is GRANTED. The time is extended to April 1, 2004.

     s/David S. Perelman
    David S. Perelman
    United States Magistrate Judge

J:\HABEAS\FORMS\EXT FOR PETITIONER.wpd