UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Reginald Allen,
    Petitioner

vs                                               Case No. 1:01cv810
                                                     (Dlott, J.; Perelman, M.J.)

Alan Lazaroff,
    Respondent

**ORDER**

      Petitioner, an inmate in state custody at the Madison Correctional Institution in London, Ohio, has filed through counsel a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his 1997 convictions for aggravated burglary and attempted aggravated murder. (*See* Doc. 1). This matter is before the Court on petitioner's motion for an extension of time in which to file his reply to the return of writ. (Doc. 13). Petitioner asserts that respondent has no objection to the extension. (*Id.*)

      Petitioner's motion for an extension of time to reply (Doc. 13) is hereby GRANTED. Since this Court recently ordered respondent to expand the record and more fully address some of petitioner's claims, petitioner is allowed thirty days from the date that respondent files his supplemental return of writ to file his reply.

Date:  March 8, 2004                           S/David S. Perelman            
hr                                             David S. Perelman
                                               United States Magistrate Judge


J:\ROSENBEH\2254(2004)\01-810ext.wpd