UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| REGINALD ALLEN, | : | |
| Petitioner, | : | Case No. C-1-01-810 |
| v. | : | Judge Dlott |
| ALAN LAZAROFF, WARDEN, | : | Magistrate Judge Perelman |
| Respondent. | : | Habeas Corpus |

## Notice of Manual Filing

Please take notice that Respondent has manually filed the following documents or things:

**Complete Transcript of Proceedings**

These documents have not been filed electronically because the electronic file size exceeds 1.5 megabytes.

Respectfully submitted,

JIM PETRO (0022096)
Attorney General

s/J. Joseph Bodine, Jr.
J. JOSEPH BODINE, JR. (0042132)
Assistant Attorney General
Corrections Litigation Section
140 East Gay Street, 16th Floor
Columbus, Ohio 43215-6001
(614) 644-7233
(614) 728-9327 facsimile
jbodine@ag.state.oh.us

TRIAL COUNSEL FOR RESPONDENT

2

I hereby certify that on March 9th, 2004, a copy of the foregoing *Respondent's Notice of Manual Filing* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                s/J. Joseph Bodine, Jr.
                                                J. Joseph Bodine, Jr.
                                                Assistant Attorney General