| Ohio Department of Rehabilitation and Correction |
|---|
| Offender Data |



| REGINALD ALLEN -A **352308** ||
|---|---|
| Offense | AGG BURGLARY, ATT AGG MURDER |
| Committing County | HAMILTON |
| Date of Admission (yyyymmdd) | 19971219 |
| Institution | MADISON CORRECTIONAL INSTITUTION |
| Status | INCARCERATED |
| Parole or Release Detail | |

| Sentence Information ||
|---|---|
| Stated Prison Term (crimes committed on or after 7/1/96) | 20 Years |
| Definite Sentence | -------- |
| Indefinite Sentence — Minimum: | -------- |
| Indefinite Sentence — Maximum: | -------- |
| Next Parole Hearing Date | -------- |

The above information may not contain a complete list of sentencing information for each offender.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to actions for defamation and invasion of privacy.
Questions concerning the information contained in these documents should be sent via the U.S. Mail to the appropriate correctional institution, attn: Record Office. Addresses are available at www.drc.state.oh.us/mapserve/inst.htm.

EXHIBIT

1