THE STATE OF OHIO, HAMILTON COUNTY

COURT OF COMMON PLEAS

**THE STATE OF OHIO**

**HAMILTON COUNTY, ss:**

Case No. B9706964

INDICTMENT FOR:
CT1: Aggravated Burglary 2911.11(A)(1)
CT2: Attempt (AGGRAVATED MURDER) 2923.02(A)
CT3: Felonious Assault 2903.11(A)(1)
CT4: Felonious Assault 2903.11(A)(2)
CT5: Domestic Violence 2919.25(A)

In the Court of Common Pleas, Hamilton County, Ohio, of the Grand Jury Term Nineteen Hundred and Ninety-Seven.

### FIRST COUNT

The Grand Jurors of the County of Hamilton, in the name and by authority of the State of Ohio, upon their oaths do find and present that **REGINALD ALLEN, on or about the 18th day of September in the year Nineteen Hundred and Ninety-Seven** at the County of Hamilton and State of Ohio aforesaid, **by force, stealth, or deception, trespassed** in an occupied structure, or in a separately secured or separately occupied portion of an occupied structure when another person other than an accomplice of the defendant was present, with purpose to commit in the structure, or in the separately secured or separately occupied portion of the structure, a criminal offense, and at the time, the defendant inflicted, attempted to inflict, or threatened to inflict physical harm on **DEBORAH SHEPHERD**, in violation of Section 2911.11(A)(1) of the Ohio Revised Code and against the peace and dignity of the State of Ohio.

EXHIBIT 2

## SECOND COUNT

The Grand Jurors of the County of Hamilton, in the name and by authority of the State of Ohio, upon their oaths do find and present that **REGINALD ALLEN**, on or about the 18th day of September in the year Nineteen Hundred and Ninety-Seven at the County of Hamilton and State of Ohio aforesaid, purposely engaged in conduct which, if successful, would have constituted or resulted in the offense of **AGGRAVATED MURDER** as defined in Section 2903.01 of the Ohio Revised Code, in violation of Section 2923.02(A) of the Ohio Revised Code and against the peace and dignity of the State of Ohio.

## THIRD COUNT

The Grand Jurors of the County of Hamilton, in the name and by authority of the State of Ohio, upon their oaths do find and present that **REGINALD ALLEN**, on or about the 18th day of September in the year Nineteen Hundred and Ninety-Seven at the County of Hamilton and State of Ohio aforesaid, knowingly caused serious physical harm to **DEBORAH SHEPHERD**, in violation of Section 2903.11(A)(1) of the Ohio Revised Code and against the peace and dignity of the State of Ohio.

## FOURTH COUNT

The Grand Jurors of the County of Hamilton, in the name and by authority of the State of Ohio, upon their oaths do find and present that **REGINALD ALLEN**, on or about the 18th day of September in the year Nineteen Hundred and Ninety-Seven at the County of Hamilton and State of Ohio aforesaid, knowingly caused, or attempted to cause, physical harm to **DEBORAH SHEPHERD**, by means of a deadly weapon or dangerous ordnance, as defined in section 2923.11 of the Revised Code, to wit: **A KNIFE**, in violation of Section 2903.11(A)(2) of the Ohio Revised Code and against the peace and dignity of the State of Ohio.

## FIFTH COUNT

The Grand Jurors of the County of Hamilton, in the name and by authority of the State of Ohio, upon their oaths do find and present that **REGINALD ALLEN**, on or about the 18th day of September in the year Nineteen Hundred and Ninety-Seven at the County of Hamilton and State of Ohio aforesaid, knowingly caused or attempted to cause physical harm to **DEBORAH SHEPHERD**, a family or household member, and at the time, the said Reginald Allen had previously been convicted of domestic violence or a violation of Section 2903.11, 2903.12, or 2903.13 of the Ohio Revised Code involving a person who was a family or household member at the time of such violation, to wit: DOMESTIC VIOLENCE, in the HAMILTON COUNTY MUNICIPAL COURT, Case No. 88CRB16973 on July 12, 1988, in violation of Section 2919.25(A) of the Ohio Revised Code and against the peace and dignity of the State of Ohio.

Joseph T. Deters
Prosecuting Attorney
Hamilton County, Ohio

Reported and filed this
26th day of

September, A.D. 1997

By: **JAMES C. CISSELL**
Clerk of Hamilton County
Common Pleas

By: _____
Deputy

By: _____
Assistant Prosecuting Attorney

A TRUE BILL

By: _____
Foreperson, Grand Jury