COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO
CRIMINAL DIVISION

| STATE OF OHIO | : | No. B-9706964 |
|---|---|---|
| Plaintiff | : | Judge NIETHAUS |
| vs. | : | JUDGMENT ENTRY |
| Reginald Allen | : | FELONY SENTENCING FINDINGS |
| Defendant | : | |

FACTORS RELEVANT TO SENTENCING (Check appropriate blanks and specify count numbers).

Having considered the overriding purpose of sentencing, punishment of offenders and protection of public from future crime, and having considered incapacitation, deterrence, rehabilitation and restitution to achieve those purposes in accordance with R.C. §2929.11, the Court makes the following sentencing findings:

COUNT #       APPLICABLE

(1) BALANCE "MORE SERIOUS" 2929.12(B)

1,2   ✓

(A)--Victim's age or physical/mental condition exacerbated injury
(B)--Victim suffered serious physical/emotion/psychological harm
(C)--Offender's public office or position of trust played part
(D)--Offender's law enforcement occupation/elected office
(F)--Offender's elected office or profession facilitated act
(G)--Offender's relationship to victim facilitated act
(H)--Act was for hire or organized crime
(I)--Motivated by race/ethnic/gender/sex/religious prejudice

(2) WITH "LESS SERIOUS" FACTORS 2929.12(C)

N/A

(A)--Victim induced or facilitated offense
(B)--Offender strongly provoked
(C)--Didn't cause/expect to cause physical harm person/property
(D)--Substantial mitigating grounds

(3) BALANCE RECIDIVISM LIKELY 2929.12(D)

1,2   ✓
1,2   ✓
1,2   ✓

(A)--Offender under a type of court control
(B)--Prior delinquency or convictions
(C)--Unsuccessful probation/parole
(D)--Unacknowledged substance abuse pattern
(E)--No remorse
(F)--Other relevant factor: _____

(4) WITH RECIDIVISM NOT LIKELY 2929.12(E)

N/A

(A)--Offender not previously delinquent
(B)--No previous convictions
(C)--Law abiding for a number of years
(D)--Circumstances unlikely to recur
(E)--Genuine remorse
(F)--Other relevant factor: _____

COMMENTS: _____
PRIOR OFFENSES: _____

EXHIBIT 3

(5) IMPOSE PRISON ON F-1,F-2 UNLESS ALL APPLY 2929.13(D):

(A)--Non-prison does not demean seriousness of offense;
(B)--Non-prison will adequately punish offender and protect public;
(C)--Decreasing seriousness factors outweigh increasing seriousness;
(D)--There is less likelihood of recidivism.

(6) BEFORE PRISON FOR F-4,F-5 FIND AT LEAST ONE 2929.13(B):

(A)--Physical harm to a person
(B)--Attempt or threat with a weapon
(C)--Attempt or threat of harm and previous conviction for physical harm
(D)--Public trust, office or position
(E)--Act was for hire, or organized crime
(F)--Sex offense
(G)--Previous prison term served
(H)--Offender under community control at time of offense

AND

(I)--Offender is not amenable to community control

AND

(J)--Prison is consistent with sentencing purposes

(7) PRISON TERM MORE THAN MINIMUM for a first time prison term when shortest term alone would: 2929.14(B)

_1,2_ ✓

--Demean the seriousness of the offense

AND

_1,2_ ✓

--Not adequately protect public

(8) BEFORE IMPOSING MAXIMUM TERM, FIND THAT OFFENDER: (AT LEAST ONE) 2929.14(C)

_1,2_ ✓ (A)--Has committed the worst form of the offense  _assault on_
_2_   ✓ (B)--Poses the greatest likelihood of recidivism  _several domestic_
_1,2_ ✓ (C)--~~Is a Repeat Violent Offender~~  _violence convictions_

OR

(D)--Is a Major Drug Offender  _numerous D.V. charge_

(9) BEFORE IMPOSING EXTRA 10 YEARS BEYOND MAXIMUM BASIC PRISON TERM: 2929.14(D)

(A)--Make finding of RVO or MDO

AND

(B)--Simple basic maximum term is insufficient to punish offender and protect the public because at least one seriousness factor outweighs likelihood that offender will refrain from future crime

AND

(C)--A simple maximum would demean the seriousness of the offense because
(D)--Offender's conduct is more serious than conduct normally constituting the offense

(10) FOR CONSECUTIVE TERMS: FIND AT LEAST ONE 2929.14(E)(3)

_1,2_ ✓

(A)--Offender was under community control when offense was committed
(B)--Harm caused was great or unusual
(C)--Offender's criminal history requires consecutive sentence

_1,2_ ✓

AND

(D)--Consecutives are necessary to fulfill purpose of R.C. 2929.11

(12) ~~MANDATORY PRISON 2929.13(F)~~
(13) ~~POST RELEASE CONTROL ISSUED~~
(13) SENTENCE WAS AGREED UPON BY DEFENDANT AND STATE

(14) PRISON SANCTION:
   (A) FIREARM SPECIFICATION:
     TERM _____ years
     (1, 3, 5, 6 yrs mandatory and consecutive)
   (B) MANDATORY DRUG FINES
     AMOUNT $ _____
     (1/2 the max for each degree)

   (C) FINES: $ _____
   (D) DRIVER'S LICENSE SUSPENSION
     TERM _____
   (E) COURT COSTS _____
   (F) CREDIT FOR TIME SERVED
     AMOUNT __98__ DAYS

Upon consideration of all the foregoing factors, IT IS THEREFORE ORDERED AND ADJUDGED by the Court that the defendant shall be sentenced as follows:

On Count _1_, for the offense of _Aggravated Burglary_, a violation of R.C. § _2911.(A)1_ a felony of the _1st_ degree, IT IS HEREBY ORDERED that defendant serve a term of _10_ years in prison, of which _0_ is a mandatory term pursuant to R.C. 2929.13(F), 2929.14(D)(3) or Chapter 2925 in addition to any sanctions imposed under item 14 herein. _consecutive_

On Count _2_, for the offense of _attempted aggravated murder_, a violation of R.C. § _2923.0(A)_ a felony of the _1st_ degree, IT IS HEREBY ORDERED that defendant serve a term of _10_ years in prison, of which _0_ is a mandatory term pursuant to R.C. 2929.13(F), 2929.14(D)(3) or Chapter 2925 in addition to any sanctions imposed under item 14 herein. _consecutive_

_All other offenses are allied defendant sentenced as to one_

On Count ___, for the offense of _____, a violation of R.C. § _____ a felony of the _____ degree, IT IS HEREBY ORDERED that defendant serve a term of _____ years in prison, of which _____ is a mandatory term pursuant to R.C. 2929.13(F), 2929.14(D)(3) or Chapter 2925. in addition to any sanctions imposed under item 14 herein.

On Count ___, for the offense of _____, a violation of R.C. § _____ a felony of the _____ degree, IT IS HEREBY ORDERED that defendant serve a term of _____ years in prison, of which _____ is a mandatory term pursuant to R.C. 2929.13(F), 2929.14(D)(3) or Chapter 2925. in addition to any sanctions imposed under item 14 herein.

(For additional counts see attached worksheet)

(15) COMMUNITY CONTROL SANCTION:
   (A) FINES: $ _____
   (B) MANDATORY DRUG FINES
     AMOUNT $ _____

   (C) RESTITUTION: $ _____
   (D) DRIVER'S LICENSE SUSPENSION
     TERM _____
   (E) COURT COSTS _____

IT IS HEREBY ORDERED AND ADJUDGED that on count(s) _____, for the offense(s) of _____, violation(s) of R.C. § _____ felony(s) of the _____ degree, in addition to any sanctions imposed under item 15 herein, the defendant shall serve _____ [LENGTH OF SENTENCE] of community control, specifically:

   ____ Community service of _____ hours
   ____ Monitored time of _____ (term)
   ____ Electronic monitoring for _____ (term)
   ____ Work release for _____ (term)
   ____ Correctional treatment facility for _____ (term)
   ____ Correction center for _____ (term)
   ____ Hamilton County Justice Center for _____ (term)
   ____ Other _____

The defendant was notified of his/her right to appeal as required by Crim. R. 32(A)(2).

_____
Judge

The defendant shall be transported by the Hamilton County Sheriff Deputies to the Ohio Department of Rehabilitation for imposition of sentence.