IN THE COURT OF APPEALS
FIRST APPELLATE DISTRICT OF OHIO
HAMILTON COUNTY, OHIO

| | | |
|---|---|---|
| STATE OF OHIO, | : | APPEAL NO. C-971102 |
| | | TRIAL NO. B-9706964 |
| Plaintiff-Appellee, | : | |
| | | *JUDGMENT ENTRY.* |
| vs. | : | |
| REGINALD ALLEN, | : | |
| Defendant-Appellant. | : | |

This appeal, considered on the accelerated calendar under App.R. 11.1(E) and Loc.R. 12, is not controlling authority except as provided in S.Ct.R.Rep.Op. 2(G)(1).

Defendant-appellant Reginald Allen appeals his convictions for aggravated burglary, R.C. 2911.11(A)(1), attempted aggravated murder, R.C. 2923.02(A), two counts of felonious assault, R.C. 2903.11(A)(1) and (2), and domestic violence, R.C. 2919.25(A). Allen filed his appeal even though the trial court, in violation of Crim.R. 32(B),[1] did not journalize a proper judgment entry with the clerk. Instead of journalizing a judgment entry that set forth the plea, the verdict or findings, and the sentence, which is required by Crim.R. 32(B), the trial court merely combined its sentencing worksheet (with a stamp that said "Judgement Entry Imposing Sentence" [*sic*]) with its sentencing entry.

---

[1] On July 1, 1998, the relevant language of Crim.R. 32(B) was incorporated under Crim.R. 32(C).



## OHIO FIRST DISTRICT COURT OF APPEALS

In *State v. Klein* (Dec. 4, 1998), Hamilton App. No. C-970788, unreported, this court held that when a trial court merely combines its sentencing worksheet with its sentencing entry and does not journalize a proper judgment entry under Crim.R. 32(B), there is no final appealable order, and the appeal must be dismissed for lack of jurisdiction. Therefore, we *sua sponte* dismiss this appeal.

Further, a certified copy of this Judgment Entry shall constitute the mandate, which shall be sent to the trial court under App.R. 27. Costs shall be taxed under App.R. 24.

DOAN, P.J., M.B. BETTMAN and PAINTER, JJ.

*To the Clerk:*

    Enter upon the Journal of the Court on      DEC - 9 1998

per order of the Court _____.
                      Presiding Judge