THE STATE OF OHIO, HAMILTON COUNTY
COURT OF COMMON PLEAS

date: 01/08/99
code: GJEI
judge: 33

Entered Date: 1-8-99
Image: 394

Judge: RICHARD A NIEHAUS

NO: B 9706964

STATE OF OHIO
VS.
REGINALD ALLEN

AMENDED SENTENCE ENTRY TO
COMPLY WITH CRIMINAL RULE 32B
(NUNC PRO TUNC TO 12-9-97)

Defendant was present in open Court with Counsel **DAVID D DONNETT** on the 9th day of December 1997 for sentence.
The court informed the defendant that, as the defendant well knew, after trial by jury, the defendant has been found guilty of the offense(s) of:
count 1: AGGRAVATED BURGLARY, 2911-11A1/ORCN,F1
count 2: ATTEMPTED AGG. MURDER, 2923-02A/ORCN,F1
*THE COURT FINDS THAT COUNTS 3, 4 & 5 ARE ALLIED OFFENSES AND ARE HEREBY DISMISSED.*
count 3: FELONIOUS ASSAULT, 2903-11A1/ORCN, DISMISSAL
count 4: FELONIOUS ASSAULT, 2903-11A2/ORCN, DISMISSAL
count 5: DOMESTIC VIOLENCE, 2919-25A/ORCN, DISMISSAL

The Court afforded defendant's counsel an opportunity to speak on behalf of the defendant. The Court addressed the defendant personally and asked if the defendant wished to make a statement in the defendant's behalf, or present any information in mitigation of punishment.

Defendant is sentenced to be imprisoned as follows:
count 1: CONFINEMENT: 10 Yrs DEPARTMENT OF CORRECTIONS
count 2: CONFINEMENT: 10 Yrs, Credit 98 Days DEPARTMENT OF CORRECTIONS
TO BE SERVED CONSECUTIVELY TO COUNT 1.
(TOTAL CREDIT OF 98 DAYS GIVEN)
*THE APPEAL TIME SHALL RUN AS OF THE FILING DATE OF THE AMENDED ENTRY.*

Defendant was notified of the right to appeal as required by Crim. R 32(A) (2)

Parent Case Id: 4250088

Page 1
CMSG306


EXHIBIT 7