IN THE COURT OF APPEALS

FIRST APPELLATE DISTRICT

HAMILTON COUNTY, OHIO

| | | |
|---|---|---|
| STATE OF OHIO | : | CASE NO. C-990046 |
| Plaintiff-Appellee | : | |
| v. | : | |
| REGINALD ALLEN | : | ENTRY |
| Defendant-Appellant | : | |

**ENTERED**
JUL 1 5 1999
IMAGE 5

The Defendant-Appellant's Motion To Withdraw the pro se supplemental briefs filed February 19, 1999, and April 9, 1999, being found well-taken, is hereby granted. The pro se briefs filed in this case are hereby stricken from the record and the appeal will proceed upon the merit brief filed by appointed counsel Herbert E. Freeman [0005364]. The pro se brief's filed by the Defendant-Appellant are withdrawn.

IT IS SO ORDERED.

_____, 1999.

JUDGE

cc: File
    Pros.
    Defendant-Appellant
    Defense Counsel Herbert E. Freeman

TO THE CLERK:

ENTER UPON THE JOURNAL OF
THE COURT    7-15-99
PER ORDER OF THE COURT.

BY: _____
           PRESIDING JUDGE

EXHIBIT 10