IN THE HAMILTON COUNTY COURT

OF COMMON PLEAS.

MR 9  9 CM ⅲ '99

REGINALD ALLEN

        PETITIONER                    Judge: RICHARD NIEHAUS

        DEFENDANT                    CASE NO: B970-6964

    -VS-                              N I e

  STATE OF OHIO

        PLAINTIFF

        RESPONDENT

---

     PETITIONER REGINALD ALLEN ACTIN IN PRO SE, NOW COMES FORTH REQUESTING THIS HONORABLE COURT FOR A SENTENCE REDUCTION MEMORANDUM IN SUPPORT IS HERETO ATTACHED ALONG WITH EVIDENTIARY DOCUMENTS IN SUPPORT OF GRANTING SAID MOTION., PURSUANT TO 2947.061 AND 2951.02 OF THE OHIO REVISE CODE.

MR SETHSS. TIEGER

ASSISTANT PROSECUTING ATTORNEY

230 EAST NINTH STREET, 6 FLR,

CINCINNATI OHIO
           45202

RESPECTFULLY SUBMITTED

*Reginald Allen*

#352-308

P. O. Box 7010

Ross Correctional inst

Chillicothe, Ohio 45601

*Petitioner Pro Se*

EXHIBIT
13

## MEMORANDUM IN SUPPORT

NOW COME THE PETITIONER MR. ALLEN ACTING IN PRO SE, STATING
THAT HIS SENTENCE RECIEVED BY THIS COURT ON DECEMBER 9,1997 SHOULD
BE REDUCED/ MODIFIED  IN ACCORDANCE TO SECTION 2**92.08** OF THE OHIO
REVISED CODE SECTION(5). THE PETITIONER STATES THAT HE HAS SERVED
THE REQUIRED AMOUNT OF TIME TO FILE SAID MOTION AND THAT HE,
DEFENDANT DOES MEET ALL THE REQUIREMENTS     FOR FILING THIS
INSTANT MOTION FOR SENTENCE MODIFICATION.
PETITIONER CONTENDS AND REQUEST THIS HONORABLE COURT TO CONSIDER
THE FOLLOWING FACTS,  AS THEY APPLY TO HIS CASE AND SENTENCING.
(1). THE OFFENSE WAS COMMITTED AGAINST NOT A STRANGER BUT A GIRL
FRIEND OF THE DEFENDANT.
(2). THE DEFENDANT HAS ALLEGED THAT HIS CONVICTION WAS BASED LARGELY
UPON PERJURIED TESTIMONY FROM THE VICTIM.
(3). AT SENTENCING THIS COURT SENTENCED DEFENDANT AS A REPEAT VIOLATE
OFFENDER, WHEN IN FACT THE DEFENDANT WAS NOT.

            NOW THE PETITIONER  ASK THIS COURT TO CONSIDER THE
VICTIMS STATEMENT TO THE COURT THAT **SHE HAD NO DESIRE** TO SEE PETITIONER
GO TO PRISON IN THE FIRST PLACE, SINCE THE PETITIONER HAS BEEN IN-
CARCERATED THE VICTIM HAS ATTEMPTED TO COME VISIT AT THE INSTITUTION,
WROTE THIS COURT ON BEHALF **OF** THE PETITIONER'S MOTION FOR JUDICIAL
RELEASE. THE PETITIONER CONSEEDS TO THIS COURT THAT THIS CASE WAS
NO MORE THAN A DOMESTIC DISPUTE THAT GOT WAY OUT OF HAND, AND THE
PROSECUTOR MORE SO THAN THE VICTIM SOUGHT TO HAVE THIS CASE PROSECUTED.
PETITIONER CONTENDS THAT HAD HE ATTEMPTED TO KILL THE VICTIM AS WAS
STATED AT TRIAL THEN WOULD THE VICTIM IN THIS CASE HAVE TOLD THIS
COURT THAT SHE DID NOT WANT THE DEFENDANT TO GO TO PRISON BUT, TO
SEEK SOME TYPE OF PROGRAMMING? TRYED TO VISIT AT THE INSTITUTION?

AND CONSIDER MARRIAGE? AND CONTINUE TO DECLARE HER LOVE FOR A PERSON
WHO COMMITTED SUCH AN ACT AGAINST HER? YOUR HONOR THIS MAKES ABSOLUTELY
NO SENSE AND THE PETITIONER BEGS THIS COURT **IN THE BEST INTEREST**
OF JUSTICE TO REDUCE THE TIME GIVEN TO THE DEFENDANT AS THESE CIR-
CUMSTANCES BRINGS INTO PLAY NEW FACTORS ON THE CREDIBILTY OF THE
VICTIMS COMPLAINT, AND TESTIMONY.

PETITIONER DOES NOT WANT TO TURN THIS MOTION INTO AN APPEAL AND ARGUE
THE FACT THAT HIS COUNSEL WAS INEFFECTIVE AT TRIAL BUT, THERE WAS
SEVERAL ISSUES THAT WERE NOT BROUGHT TO THE COURTS ATTENTION ABOUT
THE VICTIM, SUCH AS HER DRUG USAGE, THE MEDICAL REPORTS ABOUT THE
DEGREE OF THE VICTIMS WOUNDS, AND THE TRUE NATURE OF WHAT PROVOKED
THE VICTIM INTO FILING PREVIOUS COMPLAINTS

**AND IN CONSIDERING A MOTION OF A DEFENDANT** SERVING A PRISON SENTENCE
FOR DELAYED PROBATION PURSUANT TO R.C. 2947.061 THE COURT SHOULD APPLY THE
TEST OF R.C. 2951.02 WHICH INDICATES THAT PROBATION SHOULD BE GRANTED
ONLY WHEN IT APPEARS TO THE SATISFACTION OF THE JUDGE THAT THE CHARACTER
OF THE DEFENDANT   AND THE CIRCUMSTANCES OF THE CASE ARE SUCH THAT THE
DEFENDANT IS NOT LIKELY AGAIN TO ENGAGE IN A OFFENSIVE COURSE OF
CONDUCT: SEE STATE-VS- SCRUGG 2O OMISC 291, 49 OO2d 495, 254 NE2d 394
(CP). PETITIONER CONTENDS THAT THIS HONORABLE COURT MAINTAINS THE
AUTHORITY TOMMODIFY A VALID SENTENCE UP UNTIL SUCH TIME AS THE
DEFENDANT HAS APPEALED THROUGHOUT ALL APPEALS COURTS AND SAID APPEALS
HAVE BEEN DENIED, SEE STATE-VS- MARKOS 13 OO2d 75, 89 OLA 25, 179 NE
2d 379 (CP).

FURTHER PETITIONER CONTENDS THAT BASED UPON THE TRIAL COURTS REASONING
FOR HIS EXSTENSIVE SENTENCING WHICH WAS BECAUSE PETITIONER WAS(QUOTE)
A REPEAT VIOLATE OFFENDER BUT NOT REALLY( UNQUOTE) GIVES RISE TO AN
UNCONSTITUTIONAL SENTENCING PRACTICE ESPEACIALLY WHEN THE  COURT
CONSIDERS THE FACT THAT THE VICTIM IN THIS CASE HAS FILED NO LESS

THAN **FIVE** SEPERATE COMPLAINTS IN THE PAST AND HAD NOT SHOWN UP FOR ANY OF THOSE, AND THIS COURT CONSIDERED THOSE COMPLAINTS AS APART OF ITS REASONS FOR SENTENCING THE DEFENDANT TO THE MAXIUM PRISON TERM ALLOWED BY THE LAW. IN STATE-VS-LONGO 4 OAPP3d 136, 4 OBR 223, 446 NE 2d 1145; IT STATES, A TRIAL COURT HAS BROAD DISCRETION IN SENTENCING WITHIN THE STATUTORY LIMITS, BUT WHEN IT APPEARS FROM THE RECORDS THAT THE JUDGES DISCRETION IN IMPOSING SENTENCING HAS BEEN DETERMINED BY CONCLUSIONS FROM HIS OWN INVESTIGATION OF A CRIME NEITHER CHARGED NOR PROVEN, THE COURT HAS ABUSED IT DISCRETION ⅏ ATTACHED THERETOH PETITIONER HAS SUBMITTED LETTERS RECIEVED FROM THE VICTIM SINCE HIS INCARCERATION, AND VERIOUS DOCUMENTS FROM THE HOSPITAL REPORTS AND SENTENCING.

AND FOR ALL THE ABOVE SAID REASONS THE PETITIONER SUBMITS THAT THIS MOTION SHOULD BE GRANTED IN THE BEST INTEREST OF JUSTICE, AND THAT IN GRANTING SAID MOTION THIS HONORABLE COURT SHOULD FORTHWITH ORDER THE SUPPENSION OF FURTHER PUNISHMENT/INCARCERATION OF THE DEFENDANT.

RESPECTFULLY SUBMITTED BY

*Reginald Allen*

DEFENDANT,PETITIONER PRO SE,

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT A COPY OF THE FOREGOING MOTION WAS SENT TO THE HAMILTON COUNTY COURT OF COMMON PLEAS CLERKS OFFICE ON THIS 6 AY OF *April* 1999 BY REGULAR U.S. MAIL AT THE FOLLOWING ADDRESS

*James Cissell Clerk of Courts 1000 Main St Room 375* CINCINNATI, OHIO 5202

HAM CO CLERK CTS MICROFILM ☎ 513 946 5975    12/05/03  11:14 🗋 :06/11 NO:250
Case 1:01-cv-00810-SJD-TSB    Document 19-14    Filed 03/29/2004    Page 5 of 21

374

1    MORNING SESSION, Tuesday, December 9, 1997

2          THE CONSTABLE:  State versus Reginald

3    Allen, for sentence.

4          THE COURT:  Do you wish to speak in

5    mitigation of sentence as to Mr. Allen?

6          MR. DONNETT:  I do, your Honor.  Very

7    briefly, your Honor.

8          Mr. Allen is 30 years old.  In fact, he

9    has got a birthday coming up.  The presentence

10   investigation, I have had a chance to look at, I

11   have also had a chance to look at both the victim

12   impact statement and the officer's statement.

13          I think the victim impact statement

14   clearly shows that although the victim wishes him

15   incarcerated, I don't think she has such a hate for

16   him that she wishes him maxed out.  In fact, she

17   recommends that he get psychological counseling and

18   drug alcohol treatment.

19          Her statements alone indicate what maybe

20   the real instance in this situation is that this

21   break-up did cause some psychological distress on

22   the part of my client.  With counseling I think

23   that, in fact, that might resolve itself without

24   the necessity of maximum sentences.

25          We would ask that the Court consider

## PROGRESS NOTES
Page 1 of 2

"PROG"

ENTER PROBLEM NO. AND TITLE WHEN RECORDING
PROBLEM ORIENTED PROGRESS NOTES

091897

```
00400195 08/13/962 BLF
SHEPHERD, DEBORAH
5735 HAWAIIAN TERR
CINCINNATI OH 45237
032377046
                        01
```

UMC-78, Rev. 1/95

181

9-17-97  Pre Anesthesia Note
F/35 here for Repair Lac ® arm
Knife Wound both arm ® arm

PMH ↓

PSH C Section 4 yrs ago Regional

PAH ō family, no self problems

Meds ō

N/L DA N/KFA  72 kg

NAD Mild Pain Denies ETOH  Ht 5'6"  Wt 160#

Smoke ō  EtOH 2×/wk  Street Drug ō

Had MS 2mg Phenergan 12.5mg @ 55a

Lab  .122  13.5  135  1.7  116
     X.0  9.7  3.3  22  .8

PT 0.3  PTT 21.8  INR 1.0  BHcG ⊖

PE  90²  113  16  111/71  O₂Sat RA 97

FROM Neck & TMJ Own Teeth Good Repair

A/W Class II

ASA II-E  BH Explained & accepted  E Dickson CRNA

9/18/97  As above  Pt extremely anx. Pt. ASA II-E
Class 6A. Pt consents. Needs new IV
explained need for EJ & no current access 2° to
edema or fearful of IV awake. will give
ketamine + place IV in OR.
                        [signature]

9/18/97  NPN (1330) f: admit
1330  D: from PACU S/P repair of multiple stab wounds to both arms
accompanied by Detective from CPD
A: Ann Joseph (SW) asked to see pt for referral to Women Helping
Women, oriented to room, assessed, assisted to BR
R: verbalizes understanding of room controls voided 250cc
Detective interviewing pt
                        [signature] RN

COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO
CRIMINAL DIVISION

STATE OF OHIO                                  :       No. B 9706964

                    Plaintiff                  :       Judge _Niehaus_
                                                                ENTRY
        vs.                                    :

_Reginald Allen_                               :       **FELONY SENTENCING FINDINGS**

                    Defendant                  :

FACTORS RELEVANT TO SENTENCING (Check appropriate blanks and specify count numbers).

    Having considered the overriding purpose of sentencing, punishment of offenders and protection of public from future crime, and having considered incapacitation, deterrence, rehabilitation and restitution to achieve those purposes in accordance with R.C. §2929.11, the Court makes the following sentencing findings:

COUNT #     APPLICABLE

                            (1)   **BALANCE "MORE SERIOUS" 2929.12(B)**

                                  (A)--Victim's age or physical mental condition exacerbated injury
                                  (B)--Victim suffered serious physical emotion/psychological harm
                                  (C)--Offender's public office or position of trust played part
                                  (D)--Offender's law enforcement occupation/elected office
                                  (F)--Offender's elected office or profession facilitated act
                                  (G)--Offender's relationship to victim facilitated act
                                  (H)--Act was for hire or organized crime
                                  (I)--Motivated by race ethnic gender/sex/religious prejudice

                            (2)   **WITH "LESS SERIOUS" FACTORS 2929.12(C)**

                                  (A)--Victim induced or facilitated offense
                                  (B)--Offender strongly provoked
                                  (C)--Didn't cause/ expect to cause physical harm person/property
                                  (D)--Substantial mitigating grounds

                            (3)   **BALANCE RECIDIVISM LIKELY 2929.12(D)**

                                  (A)--Offender under a type of court control
                                  (B)--Prior delinquency or convictions
                                  (C)--Unsuccessful probation parole
                                  (D)--Unacknowledged substance abuse pattern
                                  (E)--No remorse
                                  (F)--Other relevant factor: _____

                            (4)   **WITH RECIDIVISM NOT LIKELY 2929.12(E)**

                                  (A)--Offender not previously delinquent
                                  (B)--No previous convictions
                                  (C)--Law abiding for a number of years
                                  (D)--Circumstances unlikely to recur
                                  (E)--Genuine remorse
                                  (F)--Other relevant factor: _____

COMMENTS: _____
PRIOR OFFENSES: _____

(5)   IMPOSE PRISON ON F-1,F-2 UNLESS ALL APPLY 2929.13(D):

(A)--Non-prison does not demean seriousness of offense.
(B)--Non-prison will adequately punish offender and protect public;
(C)--Decreasing seriousness factors outweigh increasing seriousness
(D)--There is less likelihood of recidivism.

(6)   BEFORE PRISON FOR F-4,F-5 FIND AT LEAST ONE 2929.13(B):

(A)--Physical harm to a person
(B)--Attempt or threat with a weapon
(C)--Attempt or threat of harm and previous conviction for physical harm
(D)--Public trust, office or position
(E)--Act was for hire, or organized crime
(F)--Sex offense
(G)--Previous prison term served
(H)--Offender under community control at time of offense

AND

(I)--Offender is not amenable to community control

AND

(J)--Prison is consistent with sentencing purposes

(7)   PRISON TERM MORE THAN MINIMUM for a first time prison term when
shortest term alone would:  2929.14(B)

--Demean the seriousness of the offense

AND

--Not adequately protect public

(8)   BEFORE IMPOSING MAXIMUM TERM, FIND THAT OFFENDER:
(AT LEAST ONE)  2929.14(C)

(A)--Has committed the worst form of the offense
(B)--Poses the greatest likelihood of recidivism
(C)--

OR

(D)--Is a Major Drug Offender

(9)   BEFORE IMPOSING EXTRA 10 YEARS BEYOND MAXIMUM
BASIC PRISON TERM: 2929.14(D)

(A)--Make finding of RVO or MDO

AND

(B)--Simple basic maximum term is insufficient to punish offender and
protect the public because at least one seriousness factor
outweighs likelihood that offender will refrain from future crime

AND

(C)--A simple maximum would demean the seriousness of the
offense because
(D)--Offender's conduct is more serious than conduct normally
constituting the offense

(10)   FOR CONSECUTIVE TERMS: FIND AT LEAST ONE 2929.14(E)(3)

(A)--Offender was under community control when offense was
committed
(B)--Harm caused was great or unusual
(C)--Offender's criminal history requires consecutive sentence

AND

(D)--Consecutives are necessary to fulfill purpose of R.C. 2929.11

(13)   MANDATORY PRISON  2929.13(F)

(13)   SENTENCE WAS AGREED UPON BY DEFENDANT AND STATE

(14) PRISON SANCTION:

(A) FIREARM SPECIFICATION  
TERM _____ years  
(1, 3, 5, 6 yrs mandatory and consecutive)  
(B) MANDATORY DRUG FINES  
AMOUNT $ _____  
(1 2 the max for each degree)

(C) FINES: $ _____  
(D) DRIVER'S LICENSE SUSPENSION  
TERM _____  
(E) COURT COSTS _____  
(F) CREDIT FOR TIME SERVED  
AMOUNT ____28____ DAYS

Upon consideration of all the foregoing factors, IT IS THEREFORE ORDERED AND ADJUDGED by the Court that the defendant shall be sentenced as follows:

On Count _1_, for the offense of _Aggravated Burglary_, a violation of R.C. § _2911.(A)_ a felony of the _1st_ degree. IT IS HEREBY ORDERED that defendant serve a term of _10_ years in prison, of which _0_ is a mandatory term pursuant to R.C. 2929.13(F). 2929.14(D)(3) or Chapter 2925 in addition to any sanctions imposed under item 14 herein.   _consecutive_

On Count _2_, for the offense of _attempted aggravated murder_, a violation of R.C. § _2903.0(A)_ a felony of the _1st_ degree. IT IS HEREBY ORDERED that defendant serve a term of _10_ years in prison, of which _0_ is a mandatory term pursuant to R.C. 2929.13(F). 2929.14(D)(3) or Chapter 2925 in addition to any sanctions imposed under item 14 herein.   _consecutive_

_all other offenses are allied defendant sentenced to 10 on_

On Count ___, for the offense of _____, a violation of R.C. § _____ a felony of the _____ degree. IT IS HEREBY ORDERED that defendant serve a term of _____ years in prison, of which _____ is a mandatory term pursuant to R.C. 2929.13(F). 2929.14(D)(3) or Chapter 2925 in addition to any sanctions imposed under item 14 herein.

On Count ___, for the offense of _____, a violation of R.C. § _____ a felony of the _____ degree. IT IS HEREBY ORDERED that defendant serve a term of _____ years in prison, of which _____ is a mandatory term pursuant to R.C. 2929.13(F). 2929.14(D)(3) or Chapter 2925 in addition to any sanctions imposed under item 14 herein.

(For additional counts see attached worksheet)

(15) COMMUNITY CONTROL SANCTION:

(A) FINES: $ _____  
(B) MANDATORY DRUG FINES  
AMOUNT $ _____

(C) RESTITUTION: $ _____  
(D) DRIVER'S LICENSE SUSPENSION  
TERM _____  
(E) COURT COSTS _____

IT IS HEREBY ORDERED AND ADJUDGED that on count(s) _____, for the offense(s) of _____, violation(s) of R.C. § _____ felony(s) of the _____ degree, in addition to any sanctions imposed under item 15 herein, the defendant shall serve _____ [LENGTH OF SENTENCE] of community control, specifically:

_____ Community service of _____ hours  
_____ Monitored time of _____ (term)  
_____ Electronic monitoring for _____ (term)  
_____ Work release for _____ (term)  
_____ Correctional treatment facility for _____ (term)  
_____ Correction center for _____ (term)  
_____ Hamilton County Justice Center for _____ (term)  
_____ Other _____

The defendant was notified of his/her right to appeal as required by Crim. R. 32(A)(2).

_____  
Judge

The defendant shall be transported by the Hamilton County Sheriff Deputies

CONVICTION RECORD TRANSCRIPT
CITY OF CINCINNATI AND COUNTY OF HAMILTON

BY: JLR                          02-25-99                  PAGE 1 OF 1

STATUS: CRIMINAL RECORD & TRAFFIC RECORD

NAME:  ALLEN,REGINALD                    SOCSEC: 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

ALIAS: NO ALIASES ON FILE


DOB:   12-13-66                      SEX: M  RACE: B

| ARR. / DISP. | DEGREE | CHARGE / DISPOSITION | AGENCY / CASE |
|---|---|---|---|
| 09-19-97 | FELONY | FEL ASSLT VIC HARMED | AS02 |
| 12-09-97 | | SENTENCED | 09706964/ /03 |
| 09-19-97 | FELONY | ATTEMPT | AS02 |
| 12-09-97 | | SENTENCED | 09706964/ /02 |
| 09-19-97 | FELONY | FEL ASSLT WEAP ORDNE | CINCINNATI |
| 12-09-97 | | SENTENCED | 09706964/ /04 |
| 09-19-97 | FELONY | AGG BURG INFLCT HARM | CINCINNATI |
| 12-09-97 | | SENTENCED | 09706964/ /01 |
| 09-19-97 | FELONY | DOMESTIC VIOLENCE-KNOWINGLY | CINCINNATI |
| 12-09-97 | | SENTENCED | 09706964/ /05 |
| 07-17-97 | MSDMNR | DRV U SUSP-FRA | CINCINNATI |
| 09-18-97 | | SENTENCED | /97/TRD/032684/A |
| 06-18-97 | MSDMNR | EXCESSIVE SOUND-MOTOR VEHICLE | CINCINNATI |
| 09-15-97 | 30 | SENTENCED | /97/CRB/024153 |
| 08-24-96 | MSDMNR | NO DRIVER'S LIC | SHERIFF |
| 10-03-96 | 900 | CONF FINE COSTS PROB | C/96/TRD/040065/A |
| 03-17-92 | MSDMNR | POSS DRUG PRAPHNALIA | CINCINNATI |
| 03-30-92 | | CONFINEMENT, COSTS REMIT | /92/CRB/009380 |
| 04-20-89 | MSDMNR | DUI ALCH-DRUG | CINCINNATI |
| 04-21-89 | 249 | CNF FN CST DR SP PRB | /89/TRC/018763/B |
| 06-23-88 | MSDMNR | DOMESTIC VIOLENCE-KNOWINGLY | CINCINNATI |
| 07-12-88 | 100 | CONF FINE COSTS PROB | /88/CRB/016973 |
| 04-15-88 | MSDMNR | DUI ALCH-DRUG | CINCINNATI |
| 04-25-88 | 150 | CN SP FN CST PB DR S | /88/TRC/019058/B |
| 03-25-88 | MSDMNR | POSS OPEN FLASK | CINCINNATI |
| 04-14-88 | 10 | FINE AND COSTS | /88/CRB/008259 |
| 03-23-87 | MSDMNR | CRIM DAM OR ENDANGER | CINCINNATI |
| 04-09-87 | 100 | FINE AND COSTS | /87/CRB/005642 |
| 12-23-85 | MSDMNR | CRIM DAM OR ENDANGER | CINCINNATI |
| 12-30-85 | 100 | CONF SUS FN CST PROB | /85/CRB/030527 |

<<< END OF TRANSCRIPT >>>


RCIC 065783 1496 02/25/1999 1430:01

6-29-98

What's up Reggie?

I heard the you was fat. I have to
see it to beleive it. Well you have been
asking me to write you but at
the time I was not ready to write
you. I wanted to but I didn't know
what to say. I was so hurt and didn't
know what to say. I have been waiting
for you to tell me that you was sorry
That is all I wanted to hear.

   I have been so depressed
that at times I didn't know what
my name was. I could'nt think
what my name was.
I could not think. And when
I was driving around the time
of court I hit somebody on
the expressway. One time I
even send Chris and Kristen
to school and I forgot I still
had Alexis a home. She was
sleep in the bed when i went
into the room And Alexis
scare me because I didn't know
what she was doing there.

I did'NT KNOW who she was AT
FIRST of where She Came from.
when I reallize who she was I
JusT Cryed. How Could I forget
my own BABy? I was gone.
    I know THen I Needed help.
Everything was to much for
me to deal with. After I TAlk
To A phychiatic A told whAt hAd
hAppen to me. I TO ld thAt I missed
you, And ThAt I Could NOt live with
out you. I was Tired of living.
I Could not turn TO you when
the times was hArd. you use to
hold me. Now I hAve No oNe to
Turn to. I DoN't let No one TAlk
About you. The phychiAtic AsK
me how I felt About you.
I Told her I Just wAnt to tAlk
to you. I Just wAnt to know
if you All o.k.. She SAid SO
you still WANt to hAve A
relationship with this guy, And
I SAy yes. Her Eyes GoT Big.
I guess She said there is no help

for her. You know how white People
Are. If you don't tell them what that
want you to say they don't want
to deal with you. She wanted me to
say That Never Want to see
you again but I Could Not
Lie. The only thing I Could
then do was Pray because
I know He would UNDERSTAND.
I Told The lord THAT I forget
you with All My heart. I ask
the lord to forget you. I felt
better. I know that No one
ON EARTH Could UNDERSTAND
the love We have for each
other. A PART of Me Just Left
with you. I Told willie I
don't WANT TO See you Again.
All of this because your fat Ass
wanted to come in my house and make reggie mad
was Not worth losing you. He
Ask me if I STILL love you, and I
Told him yes I will Alway
love you. TRue love don't go
Away like that. I Am by my self

with my Three Kids. THERE is NO
ONE that CAN tAke you PlACE.
AS I write this letter Pete
JUST CAll to tell Alexis he will
pick her UP ON THURSDAY At
7:00 AM in the MORNING to take
her to See you. You would of
seen her by the time you get
this letter. My BABY is going
though So MuCH. She is worry
About you. She Need to See you.
I TOld her every thing is ok. between
me And you. She is the Pretties
little girl I hAve Ever Seen.
    She look like her DAddy.
She is the ONly thing I have left of you.
    LOVe you Delaah

    Song for you to lisent
    FOR iS (JON B.)
    ① ARE you DOWN and To PPP With ME AND
Jon B ② NEVER lisent TO whAt they SAY.
hAve you heard them. write my bACK
WHAT ARE WE going to do NOW.
I DiD NOT Send the PAPER bACK beCAuse of Som
    of The Question. I don'T THiNK i CAN ViSiT you

Hi Reggie.

Sorry it took so long to write you. We didn't forget you. We have been so busy with school and work that we couldn't sit down and write a letter. Alexis is doing good in school. She is learning to read and write. She has been working on the computer at school. Her teacher said she is very good in school. She don't have any problem out of her. She had her school picture taken last week. When it come back I will send you one.

Pete picked her up last Sunday. She was happy to see everyone again. She really miss them. She cryed for her daddy half of the night the other night. She still do that some of the time. She really miss you to. Everybody ele's is ok. Christopher is as tall as I am, and he wear a size 10-2 in shoes. Kristen is in the 2 second grade and is very smart. Alexis is the biggest child in class. She want me to tell you the Chis and Kristen calls her fat and she don't like that.

How are you doing in school. Did you pass your Ged test? Have you taken any picture yet? I want to see if you are still handsome. What's going on in there. Write me back. Deborah.

## PROBATE COURT OF HAMILTON COUNTY, OHIO

GUARDIANSHIP OF _Reginald Tidwell_

CASE NO. _955950_

## JUDGMENT ENTRY
## SETTING HEARING ON APPLICATION FOR APPOINTMENT
## OF GUARDIAN

This day _Josephine Allen_ appeared in open Court, and filed an application for the appointment of (limited) guardian of the (person and ~~estate~~) of _Reginald Tidwell_. It is ordered that the _18th_ day of _November_, 199_8_, at _3:00_ o'clock _P_.M., be and is hereby fixed as the time of hearing said application before this Court. It is further ordered that written notice be served personally upon minors over fourteen years of age and in the manner as is provided by law upon all others entitled to receive the same. _(DWP)_

_10/30/98_
_____
Date

_____
Probate Judge

HAM CO CLERK CTS MICROFILM ☎ 513 946 5975    12/05/03  11:20 ☐ :08/12 NO:251
Case 1:01-CV-00810-SJD-TSB    Document 16-14    Filed 03/29/2004    Page 17 of 21

# GED
# Completion Certificate

awarded to

## Reginald Allen

for extraordinary work and study
leading to completion of the

## GED

presented by

The R.C.I. Educational Department

on

November 12, 1998

**Harvey Howison**
Regional Principal

**Cheryl Hart**
Deputy Warden, Special Services

**George Armbruster**
School Administrator



# STRESS MANAGEMENT

*Awarded to*

## Reginald Allen, 352308

*Presented by*

## Mental Health Services, RCI

## October 8 1998



**Kevin Littler, LISW Social Work Supv.**




# ANGER MANAGEMENT

Awarded to

## Reginald Allen, 352308

*For completion of the anger management group.*

Presented by

## Mental Health Services, RCI

### Thursday August 27 1998

*Sidney Thrower, Ph.D.*

Kevin Littler, LISW






# LAUBACH LITERACY ACTION

## VOLUNTEER TUTOR WORKSHOP
## CERTIFICATE OF COMPLETION

*This is to recognize that* _____ **REGINALD ALLEN** _____ ,

*has satisfactorily completed a* __**FITTEEN**__ *hour workshop with emphasis on tutoring*

__**LITERACY**__ _____ *sponsored by a Laubach Literacy Action member program,*

*(Literacy/ESL)*

*and/or conducted by an LLA certified trainer.*

OCTA - COME CHILLICOTHE

Program

_____
Trainer

Executive Director, Laubach Literacy Action

Bob Mitchell
President/CEO, Laubach Literacy International

JANUARY 28, 1999
Date

LLA 6

