
ENTERED
SEP 3 - 1999
IMAGE 113

COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

THE STATE OF OHIO : CASE NO.: B 9706964

Plaintiff : (Judge Niehaus)

-vs- :

Reginald Allen : ENTRY OVERRULING MOTION
TO Vacate Sentence

Defendant :

This matter having come before the Court on the defendant's Motion to Vacate Sentence, and, the Court, being fully advised and after due consideration, finds the said motion not well-taken, and hereby overrules the same.

To all of which the defendant excepts.

Attorney for Defendant

ENTER

JUDGE RICHARD A. NIEHAUS

DATE: SEP 3 1999

EXHIBIT
19