# The Supreme Court of Ohio

FILED
AUG 3 0 2000
MARCIA J. MENGEL, CLERK
SUPREME COURT OF OHIO

00-1315

State of Ohio,
    Appellee,

v.

Reginald Allen,
    Appellant.

Case No. 00-1315

E N T R Y

This cause is pending before the Court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for delayed appeal,

IT IS ORDERED by the Court that the motion for delayed appeal be, and hereby is, denied.

ACCORDINGLY, IT IS FURTHER ORDERED by the Court that this cause be, and hereby is, dismissed.

COSTS:

Docket Fee, Affidavit of Indigency filed.

(Hamilton County Court of Appeals; No. C990046)

THOMAS J. MOYER
Chief Justice

0007r083000

EXHIBIT
27