# The Supreme Court of Ohio

FILED
NOV 22 2000
MARCIA J. MENGEL, CLERK
SUPREME COURT OF OHIO

State of Ohio,          :     Case No. 00-1654
    Appellee,           :

v.                      :     E N T R Y

Reginald Allen,         :
    Appellant.          :

Upon consideration of the jurisdictional memoranda filed in this case, the Court dismisses the appeal as not involving any substantial constitutional question.

COSTS:

Docket Fee, Affidavit of Indigency filed.

(Hamilton County Court of Appeals; No. C990046)

_____
THOMAS J. MOYER
Chief Justice

0023r112200

EXHIBIT 28