# United States District Court
# Southern District of Ohio
# Western Division

Reginald Allen,
    Petitioner

No. C-1-01-810

vs.

Dlott, J.; Perelman, MJ

Alan Lazaroff, Warden,
    Respondent

**ORDER GRANTING EXTENSION**

On 4/28/04, Petitioner filed a Motion for Extension of Time to file a Reply (Doc. 20)

That motion is GRANTED. The time is extended to 5/28/04.

                                               <u>s/David S. Perelman</u>
                                               David S. Perelman
                                               United States Magistrate Judge

J:\HABEAS\FORMS\EXT FOR PETITIONER.wpd