IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

In Re:  Cases Referred to
        Magistrate Judge David S. Perelman        Case Number:   1:01cv810

ORDER

The above case is hereby transferred from the docket of Magistrate Judge David S. Perelman to the docket of Magistrate Judge Timothy S. Black.

IT IS SO ORDERED.

                                    ___s/Susan J. Dlott_____
                                    Susan J. Dlott
                                    United States District Judge