IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| REGINALD ALLEN, * | |
|     Petitioner, * | CASE NO.   1:01-cv-00810 |
| Vs. * | Judge Dlott |
| ALAN LAZAROFF, WARDEN, * | Magistrate Judge Black |
|     Respondent. * | |

**MOTION FOR EXTENSION OF TIME TO FILE REPLY
TO STATE'S RESPONSE**

**COMES NOW**, Counsel for the Petitioner herein, Reginald Allen, and requests that this Court extend the time for filing the Reply to State's Response in this case fivey (5) days. In support thereof, Counsel states the following:

1. That Counsel prepared and filed a Reply which was due May 27, 2004, in the case of <u>U.S.A. vs Hill</u>, U.S. District Court, Southern District of Ohio, Case No. 1:03-CR-140.

2. That Counsel prepared and filed a petition for writ of cert to the U. S. Supreme Court, in the case of <u>David Hudson vs. Kurt Jones</u>, 6th Cir. Case No. 02-1586.

3. That Counsel needs additional time to research and prepare this reply.

4. That Counsel has spoken with Assistant Attorney General Joseph Bodine, who indicates that he has no objection to a 5-day extension in this matter.

**WHEREFORE,** Counsel respectfully requests that this Court grant an extension of

time of 5 days, up to and including June 2, 2004.

                                            Respectfully submitted,

                                            s/Kevin M. Schad
                                            Kevin M. Schad
                                            SCHAD & COOK
                                            *Attorney for Petitioner Allen*
                                            8240 Beckett Park Drive
                                            Indian Springs, OH 45011
                                            (513) 870-4980; (513) 870-4984 FAX
                                            Email: kevinschad@yourattorneys.net

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document has been sent this 28th day of May, 2004, by regular U.S. Mail with sufficient postage affixed thereto to ensure delivery, and addressed to:

J. Joseph Bodine, Jr.
Assistant Attorney General
Corrections Litigation Section
150 East Gay Street, 16th Floor
Columbus, Ohio 43215-6001

                                            s/Kevin M. Schad
                                            Kevin M. Schad
                                            Attorney for Petitioner