# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Reginald Allen,
    Petitioner

vs                         Case No. 1:01cv810
                             (Dlott, J.; Black, M.J.)

Alan Lazaroff,
    Respondent

## ORDER

      Petitioner, an inmate in state custody at the Madison Correctional Institution in London, Ohio, has filed through counsel a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his 1997 convictions for aggravated burglary and attempted aggravated murder. (*See* Doc. 1). This matter is before the Court on petitioner's motion for an extension of time until June 2, 2004 in which to file his reply to the return of writ. (Doc. 23). Petitioner asserts that respondent has no objection to the extension. (*Id.*)

      Petitioner's motion for an extension of time to reply (Doc. 23) is hereby GRANTED.

Date: _____                        s/Timothy S. Black
hr                                         Timothy S. Black
                                         United States Magistrate Judge

J:\ROSENBEH\2254(2004)\01-810ext2.wpd