UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

05 FEB 22 PM 2:47

| | | |
|---|---|---|
| **REGINALD ALLEN,** Plaintiff, | * | |
| | * | CASE NO. 1:01cv810-SDJ |
| V. | | |
| | * | JUDGE: Susan J. Dlott |
| **ALAN LAZAROFF, Warden,** Defendant. | * | |

## NOTICE OF APPEAL

The Plaintiff herein provides his notice of intent to appeal to the Sixth Circuit Court of Appeals from the Court's Order of February 8, 2005.

Respectfully submitted,

Kevin M. Schad
SCHAD & COOK
8240 Beckett Park Dr.
Indian Springs OH 45011
(513) 870-4980; Fax (513) 870-4984
Email: kevinschad@yourattorneys.net

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been mailed this __18th__ day of __February__, 2005, through regular United States Mail with sufficient postage affixed to ensure delivery, addressed to the office of J. Joseph Bodine, Jr., Assistant Attorney General, Corrections Litigation Section, 150 East Gay Street, 16th Floor, Columbus, Ohio 43215-6001.

Kevin M. Schad
Attorney for Plaintiff