```
Tue Feb 22 14:41:29 2005

    UNITED STATES DISTRICT COURT
         CINCINNATI, OH

Receipt No.    100 425805
Cashier              sj1

Check Number:  4255

DO Code    Div No
 4661        1

Sub Acct  Type  Tender        Amount
1:086900   N      3           105.00
2:510000   AR     2           150.00

Total Amount          $       255.00

SCHAD AND COOK

NOTICE OF APPEAL 1:01CV810
```

```
Tue Feb 22 14:41:29 2005

Check No.  4255
Amount $   255.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```