No. 05-3432

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**

OCT 1 3 2005

LEONARD GREEN, Clerk

REGINALD ALLEN,

    Petitioner-Appellant,

v.

ALAN LAZAROFF,

    Respondent-Appellee.

ORDER

1:01cv 810

05 OCT 17 PM 2:09

Reginald Allen, an Ohio state prisoner, moves through counsel for a certificate of appealability on appeal from a district court judgment denying his petition for a writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254.

Upon consideration, the motion for a certificate of appealability is denied.

ENTERED BY ORDER OF THE COURT

Leonard Green
Clerk